IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00547-PAB

NICHOLAS CUTSHALL,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**AMENDED ORDER FOR STATE COURT RECORD
DIRECTED TO ATTORNEY GENERAL OF THE STATE OF COLORADO**

---

On February 10, 2012, the Court issued an Order for State Court Record Directed to Attorney General of the State of Colorado [Docket No. 24]. The Court ordered the Colorado Attorney General to file additional transcripts from the underlying criminal action with this Court on or before February 24, 2012. The Colorado Attorney General filed a Response on February 10, 2012 which, among other things, sought a clarification of the dates for the requested transcripts. Upon review of the file, the Colorado Attorney General is correct that the Court misstated the dates. Accordingly, it is

ORDERED that on or before February 27, 2012, the Attorney General for the State of Colorado shall file with the Clerk of the Court, in electronic format if available, copies of all transcripts in *People v. Cutshall*, Denver District Court Case No. 06CR3968, for hearings held between the dates of June 13, 2007 and July 29, 2007,

along with a copy of the entire docket sheet for the underlying criminal action.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1) Clerk of the Court
Denver County District Court
1437 Bannock Street
Denver, Colorado 80202;

(2) Assistant Solicitor General
Appellate Division
Office of the Attorney General
1525 Sherman Street
Denver, Colorado  80203; and

(3) Court Services Manager
State Court Administrator's Office
101 W. Colfax, Ste. 500
Denver, Colorado  80202.


DATED February 14, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge